IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| MARION R. MOSLEY, #618348 | § | |
| VS. | § | CIVIL ACTION NO. 6:09cv9 |
| LEAMON E. WHITE, ET AL. | § | |

## ORDER OF PARTIAL DISMISSAL

Plaintiff Marion R. Mosley, an inmate confined at the Coffield Unit, proceeding *pro se* and *in forma pauperis*, filed this lawsuit pursuant to 42 U.S.C. § 1983. The complaint was referred to United States Magistrate Judge Judith K. Guthrie, who issued a Report and Recommendation concluding that the Plaintiff should be permitted to proceed with his excessive use of force claim against Sgt. Leamon E. White and that all other claims should be dismissed. The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of the Plaintiff are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Plaintiff is permitted to proceed against Sgt. Leamon E. White for damages in his individual capacity for allegedly subjecting him to excessive use of force on October 14, 2008. It is further

1

**ORDERED** that the Plaintiff's remaining claims are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

**So ORDERED and SIGNED this 12th day of May, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**